1  Gary M. Messing, Bar No. 075363
   James W. Henderson, Jr., Bar No. 071170
2  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
3  980 9th Street, Suite 380
   Sacramento, California 95814
4  Telephone:   916.446.5297
   Facsimile:   916.448.5047
5
   Attorneys for Plaintiff MATTHEW MILLSON
6

7

8                UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 | MATTHEW MILLSON,              | Case No. 1:13-CV-00784-BAM
12 |           Plaintiff,          | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**
13 |       v.                      |
14 | COUNTY OF FRESNO,             |
15 |           Defendant.          |

16

17       NOTICE IS HEREBY GIVEN THAT, subject to approval by the court, Plaintiff

18 MATTHEW MILLSON substitutes James W. Henderson, Jr., State Bar No. 071170, c/o Messing

19 Adam & Jasmine LLP as counsel for record in place of James W. Henderson, Jr., State Bar No.

20 071170, c/o Carroll, Burdick & McDonough LLP.  Contact information for new counsel is as

21 follows:

22                       Messing Adam & Jasmine LLP

23                       980 9th Street, Suite 380

24                       Sacramento, CA 95814

25              Telephone: (916) 446-5297 / Facsimile: (916) 448-5047

26                       Email: jhenderson@majlabor.com

27

28

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

Case No. 1:13-CV-00784-BAM
CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

1  I consent to the above substitution.

2                                                    /s/ Matthew Millson

3  Date: 5-1-15                                      Matthew Millson

4

5  I consent to being substituted.                   **CARROLL, BURDICK & MCDONOUGH LLP**

6                                                    /s/ David Godwin

7  Date: 5/27/15                                     David Godwin

8

9  I consent to the above substitution.              **MESSING ADAM & JASMINE LLP**

10                                                   /s/ James W. Henderson, Jr.

11 Date: 4/17/2015                                   James W. Henderson, Jr.

12

13

14                                  ORDER

15          The substitution of attorney is hereby approved.

16

17 IT IS SO ORDERED.

18 Dated:  **June 4, 2015**                 /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO